# In the United States Court of Federal Claims

Twalli Zolman

                      **Plaintiff(s),**

v.

**THE UNITED STATES,**

                      **Defendant.**

Case No. 19-1451 T

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

The United States here after (Defendant) has placed a Federal Tax Lien of $350,538.79 on Plaintiff's property (see exhibit B). Defendant admitted Defendant knew Defendant did not have jurisdiction to place a Lien on Plaintiff because Defendant admitted violating Defendant's own policy's and procedures, By violating section 6212 and 6213(a) of Defendant's own statute (see exhibit A). Defendant's own motion to United States Tax Court, states Defendant did not give Plaintiff, Plaintiff's mandatory Notice of deficiency and Notice of determination, Plaintiff's (assessment) to have jurisdiction for the years 2008, 2010, 2011 and 2012 (see exhibit B). Yet Defendant filed the liens, knowing the Defendant had no jurisdiction (see exhibit A). Plaintiff has been and still is being damaged by Defendant's action. The Defendant is still in contempt of court. The United States Court of Federal Claims is a United States federal court that hears monetary claims against the U.S. government. It is the direct successor to the United States Court of Claims, which was founded in 1855, and the United States Court of Federal Claims has jurisdiction on this claim. Plaintiff is entitled to this judgment for the Defendant knowingly and willingly is using fraud as a legal tool to damaged Plaintiff. Defendant is still damaging Plaintiff, Plaintiff is entitled to this judgment because Defendant is still using fraud to damage Plaintiff, the United States Court of Federal Claims is a United States federal court that hears monetary claims against the U.S. government see United States Federal Court's Jurisdictional statement.

RECEIVED - USCFC

SEP 1 8 2019

2. **PARTIES**

Plaintiff, Twalli Zolman, resides at 8528 Davis Blvd. Ste 134-182
(Street Address)

North Richland Hills, Texas 76182, 713-409-2496
(City, State, ZIP Code)      (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

N/A

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? ✓ Yes ☐ No

If yes, please list cases: 9558-14 L.

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The Defendant is involved in fraud, by placing a levy on Plaintiff for $37,747.59 and taking $350,538.79 on Plaintiff, knowing the Defendant didn't follow the Defendant's own statute by its own motion to the Federal Tax Court.  The Defendant is obligated to follow their own motion.  The Defendant should have removed any and all liens or levies that were placed in error, the Defendant should pay for damages, Defendant is doing against Plaintiff who is innocent of all charges, the damages have been going on for years.  The Defendant has failed to follow Defendant's statutes, by Defendant's own admittance (see exhibit B) Defendant's unjustified lien and levy has so damaged Plaintiff, Plaintiff has lost Plaintiff's home because of Defendant's used of an unjustified lien and levy.  The Defendant did not and still does not have jurisdiction.  The Defendant is involved knowingly and mulishly using fraud as a legal tool to damage Plaintiff and therefore should be required to pay for not following.  Defendant's own statute as Defendant admitted to the United States Tax Court (see exhibit B).  Defendant must follow the law that Defendant writes, Defendant filed Plaintiff's lien and levy knowing Defendant didn't have jurisdiction as required.  Without an Assessment Defendant used fraud as a legal tool to file a lien and levy (see exhibit B).  It is the United States Court of Federal Claims jurisdiction to hear monetary claims against the U.S. government.  It is the direct successor to the United States Court of Claims, which was founded in 1855. and the United States Court of Federal Claims has jurisdiction on this claim.  Plaintiff is entitled to this judgment for the Defendant has damaged Plaintiff and is still damaging Plaintiff.  Plaintiff is entitled to this judgment for the Defendant has used fraud as a legal tool, this judgment should be rendered in Plaintiff's favor.

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

Plaintiff is asking this court to give Plaintiff relief by signing an order that gives Plaintiff a judgment against the Defendant in the amount of $388,013.38.

Signed this <u>11</u> day of <u>September</u>, <u>2019</u>.
        (day)            (month)       (year)

_____
Signature of Plaintiff(s)